COMMONWEALTH of Pennsylvania, Pennsylvania Board of Probation and Parole, Respondent.

Nos. 215 MAL 2002, 88 MAP 2002.

Supreme Court of Pennsylvania.

July 2, 2002.

Larry R. Aldoff, pro se.

Tara Leigh Patterson, Robert Campolongo, Harrisburg, for Pennsylvania Board of Probation and Parole.

### ORDER

PER CURIAM.

**AND NOW,** this 2nd day of July, 2002, it appearing that the petition for allowance of appeal was improvidently filed, pursuant to Pa.R.A.P. 1103, the matter is hereby transferred to the appeal docket to be treated as a direct appeal. Further, the order of the Commonwealth Court is hereby VACATED and this action in mandamus is REMANDED for consideration of the merits of appellant's *ex post facto* claim in accordance with *Coady v. Vaughn,* 564 Pa. 604, 770 A.2d 287 (2001).

COMMONWEALTH of Pennsylvania, Appellant,

v.

Bart McCONLEY, Appellee.

Supreme Court of Pennsylvania.

Submitted July 18, 2001.

Decided July 16, 2002.

Sally Katherine Kaye, Pittsburgh, for Com. of Pa.

S. Michael Streib, Pittsburgh, for Bart McConley.

Before: CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

## *ORDER*

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

Mr. Chief Justice ZAPPALA did not participate in the consideration or decision of this matter.

Mr. Justice NIGRO dissents.